# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 18-mj-73-01-AJ |
| EDUARDO CONTRERAS ("CONTRERAS") | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 19, 2017 & July 25, 2017** in the county of **Hillsborough** in the District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 846, 841(a)(1) and (C) | Conspiracy to distribute fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit of Francisco A. Vicente, TFO

☒ Continued on the attached sheet.

/s/ Francisco A. Vicente
*Complainant's signature*

FRANCISCO A. VICENTE, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/01/2018

*Judge's signature*

City and state: Concord, New Hampshire

U.S. Magistrate Andrea K. Johnstone
*Printed name and title*